UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GARY DOSS, MYRA DOSS<br>MARK VIII, L.L.C.,<br>GLOBAL FLEETS, L.L.C. AND<br>DEDICATED SERVICES LOGISTICS<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:06mc470 MLM<br>)<br>)<br>)<br>)<br>) |

ORDER

The above-styled case was filed in the Eastern Division of this court on August 21, 2006, and assigned to the Magistrate Judge Mary Ann L. Medler. Due to clerical error this case was erroneously opened as a Miscellaneous case instead of an Civil case.

IT IS HEREBY ORDERED that the above styled cause will be opened as a Civil case and assigned Case No. 4:06cv1273 AGF. The Honorable Magistrate Judge Audrey G. Fleissig will preside.

Case No. 4:06mc0470 MLM is hereby administratively closed.

Dated this 23rd day of August, 2006.

James G. Woodward, Clerk

By:/s/ Karen R. Moore
Deputy Clerk